UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
                              )    CASE NO. *08-38-M*
     vs.                      )
                              )
*Lamotte Stevenson,*          )
                              )
          Defendant.          )

### O R D E R

The financial inability of the defendant to retain counsel
having been established by the Court, and the defendant not
having waived the appointment of counsel,

It is on this *11*th day of *February*, 2008,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the
Federal Public Defender for the District of Delaware is hereby
appointed to represent said defendant in the cause until further
order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney