REDACTED

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal Action No. 08-40 |
| Plaintiff, | : |
| v. | : |
| | : |
| LAMOTT STEVENSON, a/k/a | : |
| LAMONT STEVENSON | : |
| | : |
| Defendant. | : |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about February 10, 2008, in the State and District of Delaware, LAMOTT STEVENSON, a/k/a LAMONT STEVENSON, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a SIG SAUER P220 .45 caliber handgun, serial number G228549, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year on or about May 15, 2006, in the Superior Court for the State of Delaware, in violation of Title 18, United States Code, §§ 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the

following: (1) a a SIG SAUER P220 .45 caliber handgun, serial number G228549, and (2) seven rounds of .Winchester .45 caliber ammunition.

A TRUE BILL:

COLM F. CONNOLLY
United States Attorney

By: /s/
Seth M. Beausang
Assistant United States Attorney
Dated: March 4, 2008.