UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. **CR 08-40-SLR** ) ) |
| LAMOTT STEVENSON | ) ) |
| Defendant. | ) |

<u>O R D E R</u>

The defendant, upon entering a plea of not guilty to the Indictment on **MARCH 13, 2008** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *April 15, 2008*. The time between the date of this order and *April 15, 2008* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney