IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-40-SLR |
| LAMOTTE STEVENSON, | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS**

Defendant, Lamotte Stevenson, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed.

In support of this motion, the defendant submits as follows:

1. Pre-trial motions for this case are due by April 18, 2008.

2. On April 15, 2008, the government provided defense counsel with additional discovery in this case, including information pertaining to a statement Mr. Stevenson is alleged to have made following his arrest in this case. The government also informed defense counsel that there is a videotape of Mr. Stevenson's statement that the government just received. The government will be providing defense counsel with a copy of the videotaped statement, but as of the date of this motion, defense counsel has not yet received a copy of this videotape.

3. Defense counsel needs time to review this additional discovery, to review the videotape once it is received, and to discuss this case with Mr. Stevenson, to determine what, if any, pre-trial motions need to be filed.

4. Assistant United States Attorney, Seth Beausang, the attorney handling this case for the government, does not oppose the defense's request for an enlargement of time in which to file any pre-trial motions, making this motion unopposed.

5. Defense counsel, therefore, respectfully requests an additional time in which to file pre-trial motions, to allow her sufficient time to review the newly received discovery in this case and to discuss the case in general with Mr. Stevenson.

6. The defense agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to file pre-trial motions.

WHEREFORE, it is respectfully requested that the time for defendant to file pre-trial motions be extended to anytime after May 7, 2008.[1]

                Respectfully Submitted,

                /s/ Eleni Kousoulis
                Eleni Kousoulis, Esquire
                Assistant Federal Public Defender
                704 King Street, Suite 110
                Wilmington, Delaware  19801
                (302) 573-6010
                ecf_de@msn.com
                Attorney for Defendant Lamotte Stevenson

Dated: April 15, 2008

---

[1] Defense counsel will be out of the office the week of April 21, 2008.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-40-SLR |
| LAMOTTE STEVENSON, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant Stevenson's Motion to Extend Time to File Pre-Trial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that pre-trial motions in this matter shall be due on the _____ day of _____, 2008, and that the time from April 18, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
Honorable Sue L. Robinson
United States District Court