IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-40-SLR ) |
| LAMOTTE STEVENSON, | ) ) |
| Defendant. | ) |

ORDER

At Wilmington this 16th day of April, 2008, having considered defendant's unopposed motion for an enlargement of time in which to file pre-trial motions;

IT IS ORDERED that:

1. Said motion (D.I. 11) is **granted.** Defendant's pre-trial motions shall be filed by **May 12, 2008.**

2. A telephonic status conference is scheduled for **Wednesday, May 14, 2008** at **9:00 a.m.**, with the court initiating said call.

2. Pursuant to defendant's request, the time between this order and **May 12, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge