IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-040-SLR |
| | ) |
| LAMOTT STEVENSON, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 14th day of May, 2008, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Wednesday, June 11, 2008** at **4:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge