## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08-40-SLR |
| Plaintiff, : | |
| v. : | |
| : | |
| LAMOTT STEVENSON, a/k/a : | |
| LAMONT STEVENSON : | |
| : | |
| Defendant. : | |

### ORDER

AND NOW, this __19th__ day of __May__, 2008, it is hereby ORDERED that the Government's Unopposed Motion For Saliva Samples for DNA Testing is GRANTED. The Defendant is directed to provide forthwith saliva samples through the use of two buccal swabs applied by ATF Special Agent Jason Kusheba, or his designee.

_____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE