IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-040-SLR |
| LAMOTTE STEVENSON, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 9th day of June 2008,

IT IS ORDERED that the evidentiary hearing scheduled for **Monday, June 23, 2008** will commence at **2:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

United States District Judge