IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-040-SLR |
| ) | |
| LAMOTTE STEVENSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this \10th day of June 2008,

IT IS ORDERED that the evidentiary hearing scheduled for **Wednesday, June 11, 2008** will commence at **2:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge