**Federal Public Defender**
District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

June 12, 2008

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:   *United States v. Lamotte Stevenson*
           **Criminal Action No.: 08-40-SLR**
           <u>**Our File No.: 2008-00131**</u>

Dear Judge Robinson:

    Pursuant to the Court's request that the parties submit a briefing schedule for post-hearing briefs on the Motion to Suppress in this matter, the parties propose the following schedule:

    Government's Opening Brief is due June 30, 2008;

    Defendant's Response Brief is due July 14, 2008;

    Government's Reply Brief is due July 21, 2008.

    Should Your Honor have any questions, please feel free to contact me.

                          Respectfully submitted,

                          */s/ Eleni Kousoulis*

                        Eleni Kousoulis, Esquire
                        Assistant Federal Public Defender
                        704 King Street, Suite 110
                        Wilmington, Delaware  19801
                        ecf_de@msn.com
                        (302) 573-6010
                        Attorney for Defendant Lamotte Stevenson