AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   DELAWARE

U.S.A.
V.
Stevenson

**EXHIBIT AND WITNESS LIST**

Case Number:   08-cr-40-SLR

| PRESIDING JUDGE<br>Sue L. Robinson | PLAINTIFF'S ATTORNEY<br>Seth Madison Beausang, Esq. | DEFENDANT'S ATTORNEY<br>Eleni Kousoulis, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>06/11/2008 | COURT REPORTER<br>V. Gunning | COURTROOM DEPUTY<br>L. Davis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/11/2008 | | YES | Detective Gifford ( Photographs of a vehicle, with gun depicted in them) |
| 2 | | 6/11/2008 | | YES | Detective Gifford ( Photographs of a vehicle, with gun depicted in them) |
| 3 | | 6/11/2008 | | YES | Detective Gifford ( Photographs of a vehicle, with gun depicted in them) |
| 4 | | 6/11/2008 | | YES | Rap Sheet (Criminal History) (Detective Gifford) |
| 5 | | 6/11/2008 | | YES | Interview of 2/11/2008 (Detective Gifford) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages