## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08-40-SLR |
| Plaintiff, : | |
| v. : | |
| : | |
| LAMOTT STEVENSON, a/k/a : | |
| LAMONT STEVENSON, : | |
| : | |
| Defendant. : | |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case. The Defendant's Motion to Suppress has been fully briefed and is pending before the Court. Under the circumstances, the Government respectfully asks that the Court set a date for a scheduling conference in this matter to schedule a trial. The Government also respectfully asks that, in the interests of justice, the time between the granting of this motion and the scheduling conference be excluded. Counsel for the Defendant takes no position on this motion.

      WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a trial in this matter. A proposed Order is attached.

Dated: August 27, 2008.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                              By:   /s/ Seth M. Beausang
                                          Seth M. Beausang (De. I.D. No. 4071)
                                          Assistant United States Attorney
                                          1007 Orange Street, Suite 700
                                          P.O. Box 2046
                                          Wilmington, Delaware 19899-2046

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 08-40-SLR |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| LAMOTT STEVENSON, a/k/a | : | |
| LAMONT STEVENSON, | : | |
| | : | |
|     Defendant. | : | |

**ORDER**

      IT IS HEREBY ORDERED this ___ day of _____, 2008, that

    1.    A scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 6B, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

    2.    Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

 

_____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT JUDGE